02-12-270-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00270-CV 

 

 


 
 
 James S. Agostini, Jeanine A. Bodie, Patrick P.
 Burgess, S. Stanley Hill, Robert S. Paschal, III, Jeb S. Zoller, Stephen E.
 Simmons and Bradford J. Wilson
 
 
  
 
 
 APPELLANTS
 
 
 
 
  
 V.
  
 
 
 
 
 First Command Financial Services, Inc., and First
 Command Financial Planning, Inc.
 
 
  
 
 
 APPELLEES 
 
 


 

 

------------

 

FROM THE 48th
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellants’ motion to dismiss appeal.  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the appeal.  See
Tex. R. App. P. 42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by appellants,
for which let execution issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

PANEL: 
DAUPHINOT,
GARDNER, and WALKER, JJ. 


 

DELIVERED:
 September 6, 2012









[1]See Tex. R. App. P. 47.4.